# United States District Court
## Southern District of Georgia

Braheen Timothy Earl Whitfield,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-170, CR405-334,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 10/26/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2255 motion.



| 10/26/16 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Walker Prescott*
*(By) Deputy Clerk*